IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIM TIBOR, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. |
| | ) |
| NATIONAL CREDIT, INC. | ) |
| Defendant. | ) |

JUDGE LEINENWEBER
02C 2668

MAGISTRATE JUDGE DENLOW

## COMPLAINT

NOW COMES the Plaintiff, JIM TIBOR, by and through her attorneys, KROHN & MOSS, LTD., complaining against the Defendant NATIONAL CREDIT, INC., and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

### PARTIES

3. Plaintiff, JIM TIBOR, is an individual who was at all relevant times residing in the City of Chicago, County of Cook, and State of Illinois.

4. At all relevant times herein, the Defendant, NATIONAL CREDIT, INC., acted as a debt collector within the meaning of 15 U.S.C. 1692a(6) in that they held

themselves out to be a company collecting a debt owed on an American Express Card. Defendants alleged actions were upon the collection of an alleged debt for various purchases made with an American Express Card issued in Plaintiff's name.

## ALLEGATIONS

### COUNT I
### FAIR DEBT COLLECTION PRACTICES ACT

6. Plaintiff had at all times held an American Express Card, which was given to him for use by a former employer for business purposes. All monthly payments were made by the employer, and any agreement between the credit card company and the employer was made by Plaintiff's former employer and not by plaintiff. Plaintiff avers that at the time he left said employment, all payments on his card were made and timely.

7. In October of 2001, Plaintiff received a telephone call from a person claiming to be from Defendant to apparently inform the plaintiff that they had taken over the collection of the American Express account, and that said account was in arrears.

8. The Defendant has, from October of 2001 to the present, consistently made telephone calls to the plaintiff in attempts to collect the aforementioned alleged debt to the American Express card.

9. Plaintiff has since October of 2001 to the present repeatedly made requests, both orally and in writing, requesting that the Defendant verify the amount of the debt and provide proof that Plaintiff actually is the obligor on the account.

10. At no time did the defendant provide the plaintiff with the verification he requested. Instead, Defendant continued with the phone calling activities.

11. The Defendant continued to make phone calls to plaintiff and further, committed one or more of the following acts:

a. Made several phone calls in a single day, on several days in a row at plaintiff's home and business despite plaintiff's requests that there be only written communication;

b. Contacted neighbors of the plaintiff by phone in attempts to locate the plaintiff;

c. Made threats to plaintiff that although this was a corporate debt, they will collect this personally from the Plaintiff and will report the debts to credit reporting agencies under Plaintiff's name if the debt is not paid.

12. The Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 in one or more of the following ways:

a. Failed to provide any validation notice pursuant to and in violation of 15 U.S.C. 1692g(a)

b. Made threats to take actions against the plaintiff that they are legally not authorized to take in violation of 15 U.S.C. 1692c(5);

c. Was otherwise unfair, deceptive and overly harassing in their practice of multiple phone calls in violation of 15 U.S.C. 1692f.

d.. failed to cease all collection procedures until the validation procedure is complete after plaintiff demanded said verification, in violation of 15 U.S.C. 1692g(b).

13. As a result of the Defendant's violations as aforesaid the Plaintiff has suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, the Plaintiff, by and through his attorneys, respectfully pray for judgment as follows:

    a.    All actual compensatory damages that he has suffered;

    b.    Statutory damages of $1,000.00 for each violation as identified above.

    c.    Plaintiff's Attorneys fees and costs;

    d.    Any other relied deemed appropriate by this Honorable Court.

## COUNT II
### ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

14. Plaintiff re-alleges all allegations in paragraph 6-13.

15. This claim arise from the same transaction, and are so related to the foregoing as to create supplemental jurisdiction as contemplated by 28 U.S.C. § 1367 (a).

16. Defendant's conduct as described above were unfair and deceptive.

17. Defendant's conduct was done with malicious intent or reckless indifference to the rights of Plaintiff and with an evil motive, such that an award of punitive damages is warranted, as well as prejudgment interest.

17. The above acts constitute a public injury because the defendant is engaged in collection activities that may affect numerous persons, and said conduct has likelihood to continue unless addressed by this Honorable Court.

WHEREFORE, the Plaintiff, by and through his attorneys, respectfully pray for judgment as follows:

    a.    All actual compensatory damages that he has suffered;

    b.    Statutory damages of $1,000.00 for each violation as identified above.

c. Plaintiff's Attorneys fees and costs;

e. Any other relied deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY***

Respectfully Submitted,
**JIM TIBOR**

By: _[signature]_
One of her Attorneys

KROHN & MOSS, LTD.
Attorneys for Plaintiff
120 W. Madison St., 10th Floor
Chicago, Illinois 60602
(312) 578-9428

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Jim Tibor

**02C 2668**

**DEFENDANTS**
Nationwide Credit Inc.

DOCKETED APR 12 2002

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~Cook~~ DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

JUDGE LEINENWEBER

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) MAGISTRATE JUDGE DENLOW ATTORNEYS (IF KNOWN)
Krohn & Moss
120 W. Madison St.
Chicago, IL    312-578-9428

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | **LABOR** / **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motion to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights / ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation / ☐ 791 Empl. Ret. Inc. Security Act | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Fair Debt Collection Practices Act. 16. USC. 1692, et seq

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 4/12/02    SIGNATURE OF ATTORNEY OF RECORD

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
Eastern Division

Double click on question mark for appearance form instructions

In the Matter of

Jim Tibor
vs.
Nationwide Credit, Inc.

JUDGE LEINENWEBER
MAGISTRATE JUDGE DENLOW

Case Number: 02C 2668

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff - Jim Tibor

DOCKETED
APR 1 2 200

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: Larry P. Smith | NAME: |
| FIRM: Krohn & Moss, Ltd | FIRM: |
| STREET ADDRESS: 120 W. Madison St., 10th floor | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 578-9428 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 6217162 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ✓ NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES ✓ NO | TRIAL ATTORNEY? YES NO |
|  | DESIGNATED AS LOCAL COUNSEL? YES NO |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES NO | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |

2