IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIM TIBOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 02C2668 ) |
| NATIONAL CREDIT, INC. | ) Judge Leinenweber ) Magistrate Judge Denlow |
| Defendant. | ) |

DOCKETED
MAR 0 7 2003

FILED
FEB 1 8 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

**TO:** Mr. John M. Foley        Mr. Jim Tibor
Hinshaw & Culbertson        2074 Clementi Lane
222 N. LaSalle St.           Aurora IL 60504
Suite 300                    **CERTIFIED MAIL**
Chicago Illinois 60601       **RETURN RECEIPT**

PLEASE TAKE NOTICE THAT ON  03-05 , 2003, at  9:30  a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Leinenweber or any judge sitting in his stead, in Room 1938, the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, and present a copy of **Plaintiff's Motion to Enforce Payment of Attorneys' Fees and to Withdraw as counsel**, a copy of which is attached and herewith served upon you.

By: _Stephanie Gast_
Stephanie R. Gast

Name:           KROHN & MOSS, LTD.
Attorneys For:  Plaintiff
Address:        120 W. Madison St., 10th Floor
City:           Chicago, Illinois 60602
Telephone:      (312) 578-9428
Firm I.D. No.   33599

## CERTIFICATE OF SERVICE

I, Stephanie R. Gast, certify that a true and correct copy of the foregoing Notice was served upon counsel of record by depositing the same on February  18 , 2003, in the U.S. Mail Chute located at 120 W. Madison St., Chicago, Illinois, enclosed in an envelope with first class postage prepaid thereon.

By: _Stephanie Gast_
Stephanie R. Gast

11

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIM TIBOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 02C2668 |
| NATIONAL CREDIT, INC. | ) ) Judge Leinenweber |
| Defendant. | ) Magistrate Judge Denlow ) |

## MOTION TO ENFORCE PAYMENT OF ATTORNEY'S FEES

NOW COMES counsel for Plaintiff, KROHN & MOSS, Ltd., ("K & M"), and moves this Honorable Court for entry of an order enforcing payment of attorney's fees agreed upon in settlement of this matter. In support thereof, K & M states as follows:

1. Plaintiff brought this matter against the Defendant based on the Fair Debt Collection Practices Act and Illinois Consumer Fraud and Deceptive Business Practices Act which entitles the Plaintiff to damages as well as reasonable attorneys' fees. (See 15 U.S.C. 1692 and 815 ILCS 505/10).

2. On or about October 14, 2002, the parties agreed to settle this matter for $1,300.00 in damages to be paid to the client, and $2,700.00 to be paid to K & M for attorney's fees (See correspondence of October 14, 2002 attached hereto as Exhibit A).

3. This Court was advised that a settlement agreement had been reached between the parties during a settlement status on November 12, 2002.

4. Despite repeated attempts to procure a signed release from Plaintiff, Plaintiff's counsel has been unable to obtain an executed release of this claim. (See Affidavit of Larry Smith attached hereto as Exhibit B).

5.  Despite Plaintiff's refusal to send the executed release, Plaintiff's counsel is still entitled to payment of the fees agreed upon in the settlement negotiation.

6.  Inasmuch as K & M's right to fees is separate from Plaintiff's right to his own settlement funds, it is unreasonable to deprive K & M of its fees because of Plaintiff's refusal to execute his release.

7.  In addition, Plaintiff has engaged in conduct that has rendered it unreasonably difficult for Krohn & Moss, Ltd. to carry out the representation effectively, and as such, Plaintiff's counsel seeks to withdraw as attorneys of record.

WHEREFORE, Plaintiff's counsel KROHN & MOSS, Ltd. prays that this Honorable court enter an Order enforcing the payment of its attorney's fees in the amount of $2,700.00 and allow plaintiff's counsel leave to withdraw.

Respectfully submitted,

By: _____
Stephanie R. Gast

KROHN & MOSS, LTD.
Attorneys for Plaintiff
120 West Madison Street, 10th Floor
Chicago, Illinois 60602
(312) 578-9428
Attorney No. 33599

# **EXHIBIT A**

# Krohn & Moss, Ltd.

Main Office
120 West Madison, 10ʰ Floor
Chicago, Illinois 60602
www.consumerlawcenter.net

*Writer's Direct Number*
*(312) 578-9428 Ext. 214*
*Writer's Direct Facsimile*
*(312) 896-7415*
*Writer's Direct E-Mail*
*lsmith@consumerlawcenter.com*

*Licensed to Practice in Illinois*

*Also Located In:*
*Arizona*
*Florida*
*Georgia*
*Indiana*
*Missouri*
*Ohio*
*Wisconsin*

October 14, 2002

VIA FACSIMILE 704-3001
With Confirmation Received

Mr. John M. Foley
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago Illinois 60601

RE:  Jim Tibor v. Nationwide

Dear Mr. Foley:

Please be advised that my client has agreed to accept your offer to settle the above referenced matter. As we discussed, the settlement is memorialized as follows:

--My client will receive $1,300.00; and

--Krohn & Moss, Ltd. will settle its attorneys' fees for $2,700.00 (a figure that we reduced from over $3,000.00 to facilitate the settlement of this case).

Please have the release and 2 separate settlement drafts forwarded simultaneously to our office. I trust that this document accurately memorializes our agreement. If not, contact my office immediately.

Sincerely,

Larry Smith
Attorney at Law

LPS/lps

MEMORY TRANSMISSION REPORT

```
                              TIME      : OCT-14-2002  13:36
                              TEL NUMBER1: 3127267166
                              NAME      : Krohn and Moss Ltd


FILE NUMBER         :  382

DATE                :  OCT-14 13:35

TO                  :  7043001

DOCUMENT PAGES      :  001

START TIME          :  OCT-14 13:35

END TIME            :  OCT-14 13:36

SENT PAGES          :  001

STATUS              :  OK

FILE NUMBER  : 382            *** SUCCESSFUL TX NOTICE ***
```

## Krohn & Moss, Ltd.
*Main Office*
*120 West Madison, 10th Floor*
*Chicago, Illinois 60602*
*www.consumerlawcenter.net*

Writer's Direct Number
(312) 578-9428 Ext. 214
Writer's Direct Facsimile
(312) 896-7416
Writer's Direct E-Mail
lsmith@consumerlawcenter.net

Licensed to Practice in Illinois

*Also Located In:*
*Arizona*
*Florida*
*Georgia*
*Indiana*
*Missouri*
*Ohio*
*Wisconsin*

October 14, 2002

VIA FACSIMILE 704-3001
With Confirmation Received

Mr. John M. Foley
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago Illinois 60601

RE:   Jim Tibor v. Nationwide

Dear Mr. Foley:

  Please be advised that my client has agreed to accept your offer to settle the above referenced matter. As we discussed, the settlement is memorialized as follows:

--My client will receive $1,300.00; and

--Krohn & Moss, Ltd. will settle its attorneys' fees for $2,700.00 (a figure that we reduced from over $3,000.00 to facilitate the settlement of this case).

  Please have the release and 2 separate settlement drafts forwarded simultaneously to our office. I trust that this document accurately memorializes our agreement. If not, contact my office immediately.

Sincerely,

Larry Smith
Attorney at Law

LPS/lps

# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIM TIBOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 02C2668 |
| ) | |
| NATIONAL CREDIT, INC. ) | Judge Leinenweber |
| ) | Magistrate Judge Denlow |
| Defendant. ) | |

### AFFIDAVIT

I, Larry P. Smith, being first duly sworn on oath, deposes and states as follows:

1. That I am one of the attorneys representing Mr. Tibor with regards to the above-captioned matter.

2. That the above-captioned matter settled on October 14, 2002.

3. That on October 16, 2002, I sent Mr. Tibor a General Release regarding the settlement of this matter.

4. That I have repeatedly called and emailed Mr. Tibor in an effort to procure the executed release.

5. That I have spoken to Mr. Tibor on several occasions, and each time he promise that his signed release was forthcoming.

6. That I can no longer contact Mr. Tibor as all telephone numbers and email addresses provided are out of service and letters sent through the mail are also not responded to.

7. That to date, Mr. Tibor has not sent me an executed release, and never called or notified me in any way that he intended not to sign the release.

By: _____
Larry P. Smith

Subscribed and Sworn before me
this _____ day of February, 2003

_____
Notary Public

"OFFICIAL SEAL"
JENNIFER OREBAUGH
NOTARY PUBLIC, STATE OF ILLINOIS
My Comm. Expires 08-11-2006

5